**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1655**

---

STEPHEN J. JONES,

                                        Plaintiff - Appellant,

        versus

VIRGINIA WATER PROJECT, INCORPORATED, a Virginia Corporation,

                                        Defendant - Appellee.

---

**No. 96-1682**

---

STEPHEN J. JONES,

                                        Plaintiff - Appellee,

        versus

VIRGINIA WATER PROJECT, INCORPORATED, a Virginia Corporation,

                                        Defendant - Appellant.

---

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-94-507-R)

Argued: January 28, 1997          Decided: March 11, 1997

Before WILKINSON, Chief Judge, MICHAEL, Circuit Judge, and HILTON, United States District Judge for the Eastern District of Virginia, sitting by designation.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Janet R. Cooper, LAW OFFICES OF WILLIAM S. THOMPSON, Washington, D.C., for Appellant. Jonathan Martin Rogers, JONATHAN ROGERS, P.C., Roanoke, Virginia, for Appellee. **ON BRIEF:** Rena Gladys Berry, Roanoke, Virginia; John L. Taylor, TAYLOR & JACKSON, P.C., Richmond, Virginia, for Appellant. Charles D. Fox, III, FOX & MILLS, P.L.C., Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven J. Jones appeals an order of the district court granting summary judgment to Virginia Water Project, Inc. (VWP) on his claims of race and sex discrimination in violation of 42 U.S.C. § 1981 and 42 U.S.C. § 2000e et seq. (Title VII). VWP cross-appeals an order of the district court denying its motion for sanctions under Rule 11 of the Federal Rules of Civil Procedure. After consideration of the parties' briefs, the record, and the oral arguments of counsel, we conclude that the district court correctly granted summary judgment to VWP on the discrimination claims. We further conclude that the district court's denial of VWP's motion for sanctions was not an abuse of discretion. Accordingly, we affirm on the reasoning of the district court. See Jones v. Virginia Water Project, Inc., No. 94-507-R (W.D. Va. 1996).

AFFIRMED

3